643 A.2d 971

IN THE MATTER OF MELISSA LEKAS, AN ATTORNEY AT LAW.

June 9, 1994.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **MELISSA LEKAS** of **BRICK,** who was admitted to the bar of this State in 1987, and who was convicted of violating *N.J.S.A.* 2C:29–1, be publicly reprimanded for violating *RPC* 8.4(b) (criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness), and the Disciplinary Review Board having further recommended that respondent practice under the supervision of a proctor for a period of two years, and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review are adopted and **MELISSA LEKAS** is hereby publicly reprimanded; and it is further

ORDERED that **MELISSA LEKAS** practice law under the supervision of a proctor approved by the Office of Attorney Ethics, for a period of two years and until further Order of this Court, and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent shall reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.